# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 20-CR-1761-JLS |
| Plaintiff, | |
| | **ORDER CONTINUING MOTION HEARING/ TRIAL SETTING** |
| v. | |
| JORGE JOEL VINCES (2), ROGELIO GALLARDO (3), MODESTO PINEDA PEDRAZA (4), TEDITH GUSTAVO PEREZ-ACUNA (5), | |
| Defendants. | |

Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the motion hearing/trial setting for defendants, JORGE JOEL VINCES, ROGELIO GALLARDO, MODESTO PINEDA PEDRAZA and TEDITH GUSTAVO PEREZ-ACUNA, currently scheduled for March 19, 2021, at 1:45 p.m., be continued to May 21, 2021, at 1:45 p.m. This time is excluded under 18 U.S.C. sections 3161(h)(1)(G) and in the interests of justice, and 3161(h)(7)(A) to allow the defense reasonable time to prepare.

IT IS SO ORDERED.

DATED: March 10, 2021

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge